# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2017

## NO. 03-17-00295-CV

**Barbara A. Garrett and Nelson Gene Garrett, Appellants**

**v.**

**Shay Brinkley and Robin Brinkley, Appellees**

---

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on February 3, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.